Hon. Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALAN and MAUREEN WEISS, husband and wife,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF BAINBRIDGE ISLAND,<br><br>  Defendant. | No. C05-5198RJB<br><br>ORDER GRANTING LEAVE TO WITHDRAW |

Davis Wright Tremaine LLP, Dennis D. Reynolds, Charles E. Maduell, and Alan S. Middleton have moved for an order granting them leave to withdraw from representing plaintiffs Alan and Maureen Weiss, husband and wife.  It is hereby

ORDERED, That the motion be and it is hereby granted; movants' withdrawal shall be effective September 14, 2005, unless another attorney substitutes as counsel for plaintiffs prior to that date.

DATED this 9th day of September, 2005.

ROBERT J. BRYAN
United States District Court Judge

**ORDER GRANTING LEAVE TO WITHDRAW (C05-5198RJB) — 1**

SEA 1686143v1 64764-5

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699