1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KELLY and SALLY SAMSON, husband and wife, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BAINBRIDGE ISLAND,<br><br>Defendant. | Case No.  C05-5197RJB<br><br>ORDER TO CONSOLIDATE CASE NUMBERS 05-5197, 05-5198, 05-5199, 05-5201, 05-5202, 05-5203, 05-5204, 05-5205, 05-5206 |
| ALAN and MAUREEN WEISS, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BAINBRIDGE ISLAND,<br><br>Defendant. | Case No.  C05-5198RJB<br><br>ORDER TO CONSOLIDATE CASE NUMBERS 05-5197, 05-5198, 05-5199, 05-5201, 05-5202, 05-5203, 05-5204, 05-5205, 05-5206 |
| MARY LAMPSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BAINBRIDGE ISLAND,<br><br>Defendant. | Case No.  C05-5199RJB<br><br>ORDER TO CONSOLIDATE CASE NUMBERS 05-5197, 05-5198, 05-5199, 05-5201, 05-5202, 05-5203, 05-5204, 05-5205, 05-5206 |

ORDER
Page - 1

| | | |
|---|---|---|
| 1 | ROBERT and JO ANNE HACKER, husband and wife, | Case No. C05-5201RJB |
| 2 | | |
| 3 | Plaintiffs, | ORDER TO CONSOLIDATE CASE NUMBERS 05-5197, 05-5198, 05-5199, 05-5201, 05-5202, 05-5203, 05-5204, 05-5205, 05-5206 |
| 4 | v. | |
| 5 | CITY OF BAINBRIDGE ISLAND, | |
| 6 | Defendant. | |
| 7 | CHARLES AND SARAH KUHN, husband and wife, | Case No. C05-5202RJB |
| 8 | | |
| 9 | Plaintiffs, | ORDER TO CONSOLIDATE CASE NUMBERS 05-5197, 05-5198, 05-5199, 05-5201, 05-5202, 05-5203, 05-5204, 05-5205, 05-5206 |
| 10 | v. | |
| 11 | CITY OF BAINBRIDGE ISLAND, | |
| 12 | Defendant. | |
| 13 | JOHN L. and CAROLE D. SUTHERLAND, husband and wife, | Case No. C05-5203RJB |
| 14 | Plaintiffs, | |
| 15 | v. | ORDER TO CONSOLIDATE CASE NUMBERS 05-5197, 05-5198, 05-5199, 05-5201, 05-5202, 05-5203, 05-5204, 05-5205, 05-5206 |
| 16 | CITY OF BAINBRIDGE ISLAND, | |
| 17 | Defendant. | |
| 18 | THOMAS E. MORGAN III, and BETH BRYSON MORGAN, husband and wife, THOMAS E. MORGAN CHILDREN'S TRUST; BLAKELY ROCK HOLDINGS LLC, | Case No. C05-5204RJB |
| 19 | | |
| 20 | | ORDER TO CONSOLIDATE CASE NUMBERS 05-5197, 05-5198, 05-5199, 05-5201, 05-5202, 05-5203, 05-5204, 05-5205, 05-5206 |
| 21 | Plaintiffs, | |
| 22 | v. | |
| 23 | CITY OF BAINBRIDGE ISLAND, | |
| 24 | Defendant. | |

ORDER
Page - 2

| | |
|---|---|
| A. GARY and BARBARA J. AMES, husband and wife, and A. GARY AND BARBARA J. AMES LIVING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BAINBRIDGE ISLAND,<br><br>Defendant. | Case No.  C05-5205RJB<br><br>ORDER TO CONSOLIDATE CASE NUMBERS 05-5197, 05-5198, 05-5199, 05-5201, 05-5202, 05-5203, 05-5204, 05-5205, 05-5206 |
| MARC D and TRINA LAROCHE, husband and wife, and BLAKELY PROPERTIES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BAINBRIDGE ISLAND,<br><br>Defendant. | Case No.  C05-5206RJB<br><br>ORDER TO CONSOLIDATE CASE NUMBERS 05-5197, 05-5198, 05-5199, 05-5201, 05-5202, 05-5203, 05-5204, 05-5205, 05-5206 |

Upon review of the nine cases in this matter, it appears that the legal and factual issues are closely related, and that the cases should be consolidated.  Plaintiffs and Defendant have been given opportunity to respond to the Court's previous Order to Show Cause as to why these cases should not be consolidated.  The parties have not shown cause why these cases should not be consolidated.

**ORDER**

Therefore, it is hereby

**ORDERED** that Case Nos. 05-5197, 05-5198, 05-5199, 05-5201, 05-5202, 05-5203, 05-5204, 05-5205, 05-5206 are **CONSOLIDATED** as Case No. 05-5197.

1   The Clerk of the Court is instructed to send uncertified copies of this Order to all
2   counsel of record and to any party appearing *pro se* at said party's last known address.

4   DATED this day of 20th, October, 2005.

8      /s/ Robert J. Bryan
     ROBERT J. BRYAN
     United States District Judge